# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155395-6(70)

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
        Plaintiff/Counterdefendant-
        Appellee,

v

ACE AMERICAN INSURANCE COMPANY,
        Defendant/Cross-Defendant-
        Appellant,
and

MARK RUECKERT and MARYAN PETOSKEY,
        Defendants-Appellees,
and

ROBYNN RUECKERT,
        Defendant/Counterplaintiff/Cross-
        Plaintiff-Appellee.
_____/

SC: 155395
COA: 329585
Kent CC: 13-010616-CK

ACE AMERICAN INSURANCE COMPANY,
        Plaintiff-Appellant,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
        Defendant-Appellee.
_____/

SC: 155396
COA: 329614
Kent CC: 15-000605-CK

On order of the Chief Justice, the second motion of appellant Ace American Insurance Company to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 23, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



Clerk